1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,                    ) | Case No.: ED15-280M |
|                                        Plaintiff,           ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
|                           v.                                   ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| JESUS PONCE,                                         ) | |
|                                        Defendant.        ) | |

16       The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the EASTERN District of

18   CALIFORNIA for alleged violation(s) of the terms and conditions of probation or

19   supervised release; and

20       Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)   The defendant has not met his/her burden of establishing by clear and

23               convincing evidence that he/she is not likely to flee if released under 18

24               U.S.C. § 3142(b) or (c).  This finding is based on the following:

25               (X)    information in the Pretrial Services Report and Recommendation

26               (X)    information in the violation petition and report(s)

27               ( )    the defendant's nonobjection to detention at this time

28               (X)    other: Prior violations of supervised release

1

1        Alleged failure to report

2      and/ or

3 B. ( )   The defendant has not met his/her burden of establishing by clear and

4      convincing evidence that he/she is not likely to pose a danger to the safety

5      of any other person or the community if released under 18 U.S.C.

6      § 3142(b) or (c).  This finding is based on the following:

7      ( )   information in the Pretrial Services Report and Recommendation

8      ( ) information in the violation petition and report(s)

9      ( )   the defendant's nonobjection to detention at this time

10      ( )   other: _____

11

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further

13 revocation proceedings.

14

15 Dated:    August 3, 2015        _____

16                     KENLY KIYA KATO
                    United States Magistrate Judge

2